AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Nathan Tyler Kelley<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         2:18-mj-00036<br>)<br>)<br>) |

**FILED**
MAR 2 2 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2017__ in the county of __Wood__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Distribution and Attempted Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis P. Wolfe, Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/22/2018__

_____
*Judge's signature*

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

A F F I D A V I T

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Travis P. Wolfe, being first duly sworn, do hereby depose and state as follows:

**BACKGROUND**

1. I am a Detective with the Parkersburg Police Department, where I have been employed for over 19 years. I have received training from the West Virginia State Police Academy, including training courses regarding criminal investigations and cases dealing with the sexual exploitation of children.

2. I am currently assigned to the West Virginia Internet Crimes Against Children Task Force ("ICAC") and the FBI's Violent Crimes Against Children Task Force. As such, I am tasked with investigating violations of federal law such as child exploitation and child pornography, including activity pertaining to the illegal receipt, distribution, and possession of child pornography in violation of 18 U.S.C. § 2252A. I have completed over 100 hours of specialized training where the course of study specifically dealt with the investigation of child sexual exploitation and sexual offenders. These specialized courses were presented by the U.S. Department of Justice.

1

3. I am also assigned to the Digital Forensics Unit of the Parkersburg Police Department as a Digital Forensics Analyst. As an analyst, I have conducted over 200 forensics examinations of digital devise and related digital media. I have completed over 600 hours of specialized training where the course of study specifically dealt with the operation of computers, the operation of computer networks, digital forensics and criminal use of the Internet and computers. These specialized courses were presented by the West Virginia State Police, the National White Collar Crime Center, the Access Data Corporation and the U.S. Federal Bureau of Investigation.

4. This affidavit is intended only to show that there is sufficient probable cause for the complaint, and does not set forth all of your affiant's knowledge regarding the facts of this case.

**BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE**

5. On January 11, 2018, your affiant was contacted by the West Virginia ICAC Task Force and advised that they had received two "Cybertips" from the National Center for Missing and Exploited Children ("NCMEC"). I was advised that both tips had originated from the same IP Address and it was believed to be in the Parkersburg, Wood County, West Virginia area. I reviewed the Cybertips and found that the Internet Protocol Address (74.195.8.107) was utilized to upload several images depicting children engaged in sexually explicit or lewd and lascivious acts

2

to a Twitter account in the name of "Knate8." The Cybertip also included the telephone number associated with the "Knate8" Twitter account.

6. Twitter is a social media platform that can be accessed via the Internet by either a computer or a mobile phone. Twitter allows users to create an account and share posts, including images and videos, with others on Twitter. These posts can be shared either with a user's "followers" or with the wider universe of all Twitter users. Twitter user "Knate8" had approximately 323 followers. Some images and videos in the Cybertip were posted by "Knate8" to be viewed by all his followers, and some images and videos were sent directly to other users via direct messages.

7. I reviewed all four hundred seventy images and thirty-six videos that had been uploaded to Twitter, finding that one hundred forty-one of the images were suspected child erotica, thirty images were suspected child pornography, thirteen videos were suspected child erotica, and two of the videos were suspected child pornography.

8. Specifically, one image of suspected child pornography, titled "938738578196238340-UxLyN3_I", depicted a prepubescent female approximately 10 to 12 years of age fully nude with her legs spread to expose her genitals to the camera, with the focal point being the child's vagina. This image was sent by direct message via Twitter to another user on or about November 18, 2017,

from IP address 74.195.8.107.

9. Further, one of the videos of suspected child pornography was titled "931781086333558784-Iq3rLSucn2WLIBCF" and was approximately 1 minute 4 seconds in length. The video depicted a pubescent female, approximately 14 to 16 years of age, undressing to fully nude and then masturbating. This video was posted to "Knate8's" Twitter page to be shared with his followers on or about November 18, 2017, from IP address 74.195.8.107.

10. Utilizing the information provided by NCMEC, I was able to complete an Administrative Subpoena for the IP address 74.195.8.107. On March 1, 2018, I sent the Administrative Subpoena to Suddenlink Communications via email. Suddenlink Communications identified the IP address as being assigned to a location at or near Parkersburg, Wood County, West Virginia.

11. On March 11, 2018, I was able to verify that the telephone number provided in the Cybertip as associated with the "Knate8" Twitter account belonged to NATHAN TYLER KELLEY, who currently resides at 1402 13th Ave., Vienna, Wood County, WV 26105. I also conducted a West Virginia driver's license inquiry, which indicated that NATHAN TYLER KELLEY utilized the 1402 13th Ave., Vienna, Wood County, West Virginia as his home address when obtaining his driver's license.

12. On March 14, 2018, a search warrant was executed at 1402 13th Ave., Vienna, WV. At that time, a Kindle Fire and a computer

4

hard drive were seized from the residence. At the time of the search, NATHAN TYLER KELLEY was not present at the residence. A second search warrant for the person of NATHAN TYLER KELLEY was executed on March 15, 2018. At this time, a cellular telephone was seized from NATHAN TYLER KELLEY. A review of the cellular telephone demonstrated that it contained images of suspected child pornography.

13. On March 16, 2018, NATHAN TYLER KELLEY agreed to provide a voluntary statement to law enforcement. During this interview, NATHAN TYLER KELLEY admitted that the Twitter account for "Knate8" belonged to him and that he had uploaded the aforementioned images and videos of child pornography to share with his followers or to send to other users via direct message.

## CONCLUSION

14. Your affiant respectfully submits that there is probable cause to believe NATHAN TYLER KELLEY, while located in or near Wood County, West Virginia, and within the Southern District of West Virginia, knowingly distributed and attempted to distribute child pornography in and affecting interstate commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2), on or about November 18, 2017.

Further your affiant sayeth naught.

*(signature)*
Travis P. Wolfe
Detective
Parkersburg Police Department

Sworn to before me, and subscribed in my presence, this 22nd day of March, 2018.

*(signature)*
Dwane L. Tinsley
United States Magistrate Judge